## MEMORANDUM DECISIONS

**ABNER M. HARPER, Inc.**, Respondent, v. **CITY OF NEWBURGH** et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Abner M. Harper, Incorporated, against the City of Newburgh and others.

PER CURIAM. Judgment and order affirmed, with costs, on authority of Abner M. Harper, Inc., v. City of Newburgh, 159 App. Div. 695, 145 N. Y. Supp. 59.

BURR, J., dissents as to the return of the deposit of $500. CARR, J., not voting.

---

**A. C. LESLIE & CO.**, Limited, Respondent, v. **WESTERN TRANSIT CO.**, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by A. C. Leslie & Co., Limited, against the Western Transit Company. No opinion. Motion for reargument (of 150 N. Y. Supp. 1073) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 151 N. Y. Supp. 1101.

---

**A. C. LESLIE & CO.**, Limited, Respondent, v. **WESTERN TRANSIT CO.**, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by A. C. Leslie & Co., Limited, against the Western Transit Company. No opinion. Motion to amend decision, so as to recite that a federal question was involved in the appeal and passed upon in the decision, denied, with $10 costs. See, also, 151 N. Y. Supp. 1101.

---

**ADIKES** et al., Appellants, v. **LONG ISLAND R. Co.**, Respondent. (Supreme Court, Appellate Division, Second Department. February 26, 1915.) Action by John Adikes and another against the Long Island Railroad Company. No opinion. Motion for stay granted, on condition that appellants perfect their appeal, place the case on the calendar for March 9th, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 151 N. Y. Supp. 49.

---

**ADIRONDACK TRUST CO.**, Respondent, v. **STILES** et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by the Adirondack Trust Company against Jesse Stiles and others. No opinion. Judgment unanimously affirmed, with costs.

---

**ADOLPH PHILIPP CO. v. NEW YORKER STAATS ZEITUNG.** (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Adolf Philipp Company against the New Yorker Staats Zeitung. No opinion. Motion granted. Questions certified. Order filed. See, also, 150 N. Y. Supp. 1044.

---

**ADOLPH SPEAR & CO.**, Respondent, v. **CANTRELL**, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Adolph Spear & Co. against Balie P. Cantrell. E. J. Welch, of New York City, for appellant. J. A. Leve, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

**ALLEN**, Respondent, v. **WILLETS**, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by William F. Allen, as receiver, against Edwin C. Willets. H. Noble, of New York City, for appellant. H. F. Parmelee, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

**ALSENS AMERICAN PORTLAND CEMENT WORKS**, Appellant, v. **DEGNON CONTRACTING CO.**, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Alsens American Portland Cement Works against the Degnon Contracting Company. A. A. Michell, of New York City, for appellant. C. A. Baker, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and HOTCHKISS, JJ., dissent.

---

**AMANNA v. KOENIG** et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Fiore Amanna against Louis Koenig and others. No opinion. Motion denied, with $10 costs. Order filed.

---

In re **APPOINTMENT OF COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR.** (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the appointment of a committee on character and fitness of applicants for admission to the bar.

PER CURIAM. Committees appointed as follows: For the Fifth judicial district: William G. Tracy, of Syracuse; George W. Reeves, of Watertown; and Charles T. Titus, of Utica. For the Seventh judicial district: Joseph W. Taylor, of Rochester; Fred A. Robbins, of Rochester; and James S. Havens, of Rochester. For the Eighth judicial district: George Clinton, of Buffalo; Daniel J. Kenefick, of Buffalo; and Hudson Ansley, of Salamanca.

---

**ARLINGTON REFRIGERATOR CO. v. STEINFELD** et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by the Arlington Refrigerator Company against Samuel Steinfeld and another. No opinion. Application denied, with $10 costs. Order signed.